# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA, | § § | |
| Plaintiff, | § | NO:  SA:19-CR-00905(1)-DAE |
| vs. | § § | |
| (1) Christopher Felix Montoya, | § § | |
| Defendant. | § § | |

## ORDER SETTING MOTION HEARING (IN PERSON)

It is hereby ORDERED that the above entitled and numbered case is set for a in person hearing on the pending Government's Motion to Revoke Bond (Dkt no. 75) before Senior U.S. District Judge David A. Ezra in Courtroom 5, on the Third Floor of the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX, on **Monday, March 29, 2021 at 10:30 AM**.

IT IS SO ORDERED.
DATED: San Antonio, Texas March 25, 2021.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE