# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS** | § | **CAUSE NO: 5:19-CR-00905-(1)-DAE** |
| | § | |
| **CHRISTOPHER MONTOYA** | § | |

## DEFENDANT'S NOTICE TO ESTABLISH ATTORNEY AS CO-COUNSEL

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION:

NOW COMES, CHRISTOPHER MONTOYA, Defendant in the above-entitled and numbered cause, by and through the undersigned counsel, and hereby files this Notice to Establish Attorney in the above-entitled and numbered cause, and would respectfully show this Honorable Court as follows:

I.

CELESTE P. LIRA has been hired by Defendant, CHRISTOPHER MONTOYA, to represent him as counsel in the above-entitled and numbered cause.

II.

The undersigned is licensed to practice law in the United States District Court, Western District of Texas.

WHEREFORE, premises considered, Defendant respectfully requests that CELESTE P. LIRA be established as Co-Counsel for Defendant, CHRISTOPHER MONTOYA, in the above-entitled and numbered cause.

Respectfully submitted,

CELESTE LIRA, ATTORNEY AT LAW
4358 LOCKHILL SELMA
SAN ANTONIO, TEXAS 78249
(210) 341-9711 (O)
Clira@brinandbrin.com

_____/S/_____
CELESTE P. LIRA
BAR NO. 12413570

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of March 2021, the foregoing Motion was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| U.S. Attorney's Office | _____/S/_____ |
| 601 NW Loop 410 #600, | CELESTE P. LIRA |
| San Antonio, TX 78216 | BAR NO. 12413570 |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

**THE UNITED STATES OF AMERICA** §
§
**VS** § **CAUSE NO: 5:19-CR-00905-(1)-DAE**
§
**CHRISTOPHER MONTOYA** §

## ORDER

On this date came to be considered Defendant's Notice to Establish Attorney as Counsel. After consideration of same, the Court is of this opinion that said Notice is hereby:

GRANTED     or     DENIED

IT IS HEREBY FURTHER ORDERED THAT: _____

_____

_____

SIGNED and ENTERED on this the\_\_\_\_\_ day of _____, 2021.

_____
U.S. DISTRICT JUDGE