04:00pm

# Champs Pharmacy
7718 Louis Pasteur Dr
SAN ANTONIO, TX 78229
(210) 614-1212 Fax:(210) 615-7904

04/03/2020

The Patient Identified below is requesting a refill for the prescription indicated; however, there are no authorized refills remaining. If you would like to authorize additional refills, please complete this form. By signing this form you are authorizing a new Rx and can add additional refills. If denied, please clearly note.

The Information contained in the transmission accompanying this notice is confidential and protected by law. It is intended for the use of the Doctor listed below. If the reader of this message is not the intended recipient or agent of the intended recipient, you are hereby notified that any dissemination or distribution of this communication is prohibited. If you have received this communication in Error, please notify us.

Instructions for Doctors Office
1. Please Complete Physician Section below
2. Please Sign Form
3. Fax Form back to:
   Champs Pharmacy
   Fax:(210) 615-7904

**Notes to Physician**
04/03/2020 4:00:03 PM

\*\*\*\*\*\*\* **REQUEST FOR FILL AUTHORIZATION** \*\*\*\*\*\*\*
04:00pm   04/03/2020

Rx: **3033114**

Patient:
Address:
City:
Phone:
DOB:
ID:

Physician: MONTOYA, CHRIS
Address: 3107 TPC PKWY SUITE#102
City: SAN ANTONIO, TX 78259
Phone: (210) 338-8800
Refill Phone: (210) 338-8800 NPI: 1841335718
Fax:   St. Lic:
DEA: MM1349237 DPS: C0163844
Supervisor: SANCHEZ, TEOFILO R
9355 BANDERA RD #136
SAN ANTONIO, TX 78250
(210) 543-0700 DEA: FS0089006

Drug: **TESTOST-CYP 200MG/ML INJ**

Generic for:

Directions: INJECT 1 ML INTRAMUSCULARLY EVERY 7 DAYS

Last Fill: 02/10/2020   #   4 Ml

**Orig Date: 01/16/2020   Quantity: 4 Ml**

**Physician Section**
New Order Authorization

Orig Date: 01/16/2020 Quantity: 4 Ml

**Refills Authorized:** 1 + 0   **Quantity:** 4ml (tom)

_Montoya Eileen_   4/3/2020
Doctor or Authorized Signature   Date



Faxed in By: _____
Full Name Re...

**NO CORRESPONDING PROGRESS NOTE PROVIDED.**

03:55pm

## Champs Pharmacy
7718 Louis Pasteur Dr
SAN ANTONIO, TX 78229
(210) 614-1212  Fax:(210) 615-7904

05/21/2020

The Patient Identified below is requesting a refill for the prescription indicated; however, there are no authorized refills remaining. If you would like to authorize additional refills, please complete this form. By signing this form you are authorizing a new Rx and can add additional refills. If denied, please clearly note.

The Information contained in the transmission accompanying this notice is confidential and protected by law. It is intended for the use of the Doctor listed below. If the reader of this message is not the intended recipient or agent of the intended recipient, you are hereby notified that any dissemination or distribution of this communication is prohibited. If you have received this communication in Error, please notify us.

**Instructions for Doctors Office**
1. Please Complete Physician Section below
2. Please Sign Form
3. Fax Form back to:
   Champs Pharmacy
   Fax:(210) 615-7904

******* REQUEST FOR FILL AUTHORIZATION *******
03:55pm   05/21/2020

**Rx: 3035656**

Patient:
Address:
City:
Phone:
DOB:
ID:

Physician: MONTOYA, CHRIS
Address: 3107 TPC PKWY SUITE#102
City: SAN ANTONIO, TX 78259
Phone: (210) 338-8800
Refill Phone: (210) 338-8800  NPI: 1841335718
Fax:   St. Lic:
DEA: MM1349237  DPS: C0163844
Supervisor: SANCHEZ, TEOFILO R
9355 BANDERA RD #136
SAN ANTONIO, TX 78250
(210) 543-0700 DEA: FS0089006

Drug: **TESTOST-CYP 200MG/ML INJ**

Generic for:

Directions: INJECT 1 ML INTRAMUSCULARLY EVERY 7 DAYS

Last Fill: 04/03/2020   #   4 Ml

**Orig Date: 04/03/2020  Quantity: 4 Ml**

**Notes to Physician**
05/21/2020 3:55:03 PM

*C* 3036776  TESTOST-CYP 200MG/ML INJ   NDC:99999-0014-57
Orig:05/21/2020  DF:05/21/2020  Qty:4
DAW:C  DS:28  FB:SS
INJECT 1 ML INTRAMUSCULARLY EVERY 7 DAYS
Ref Cost: 11.99
Fee: 28.01
Pat Pay: 40.00
MONTOYA, CHRIS
3107 TPC PKWY SUITE#102
SAN ANTONIO, TX 78259
DEA:MM1349237  NPI:1841335718  No Refills Remain.

Faxed in By: _____
(Full Name Required)

**Physician Section**
New Order Authorization

Orig Date: 04/03/2020  Quantity: 4 Ml

Refills Authorized: 1 +0   Quantity: #4ml (tom)

[Signature: Andrea E...]   5/21/2020
Doctor or Authorized Signature   Date

**NO CORRESPONDING PROGRESS NOTE PROVIDED.**

Case 5:19-cr-00905-DAE   Document 87-6   Filed 04/08/21   Page 3 of 3



← Profile　　　**Consult History**

| | Chris Montoya  Sep 23, 2020 12:30 PM | $40 › |
| | Chris Montoya  Apr 3, 2020 2:30 PM | $40 › |
| | Chris Montoya  Mar 26, 2020 10:29 AM | $40 › |
| | Chris Montoya  Jan 16, 2020 8:48 AM | $40 › |
| | Chris Montoya  Nov 4, 2019 3:19 PM | $40 › |
| | Chris Montoya  Aug 3, 2019 9:53 AM | $40 › |
| | Chris Montoya  Apr 16, 2019 9:07 AM | $40 › |
| | Chris Montoya  Feb 11, 2019 1:47 PM | $40 › |

  

Home　　　Inbox　　　Profile