**R**

PATIENT: Santiago Flores
DATE: 7-24-2020

DC: [redacted]
PH: [redacted]

ALLERGY: NKA

R
60
Tm/ɑ

Tylenol #3    #30 (Thirty)

T-TT po q 4-6h prn pain

3107 TPC Parkway, SA, TX 78259
Chris montoya Sanchez
Sup MD Theofilo Santiago PM

(Rx Ref # if reassigned) _____

REFILLS: 0

DR PHONE: 210 338 8800
DR ADDRESS:
DEA: MM1349237
SIGNATURE / AGENT-APN-PA: Veronica

A generic equivalent may be dispensed unless the prescriber hand writes "Brand Necessary" or "Brand Medically Necessary" on the face of the prescription.

159561580400

FLORES, SANTIAGO DOB:01/22/1969 MR#:4284 DOS#:07/24/2020

Page 1 of 1



2605 N Arkansas Ave Ste C
LAREDO TX 78043-2202

Phone: (956)568-3970
Fax: (956)568-3294

| | | | |
|---|---|---|---|
| **Service Date:** | 07/24/2020 | **Insurance Id** | HEB831008129 |
| **Service Location:** | TPC FAMILY MEDICINE HOME VISITS SA | **Place Of Service:** | HOME |
| **Rendering Provider:** | MONTOYA, CHRISTOPHER PA-C | **PCP/Ref. Physician:** | |

**Patient:**
**Address:**

**INTAKE FORM**
    CPT CODE 99423-TELE HEALTH

    **ICD-10**
    M25.569-Pain in unspecified knee:

**BILLING**
    BILLING 99423-TELE HEALTH

This encounter was created by Ceniseros, Veronica on 07/24/2020 01:31 PM