UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**
April 20, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ps_____
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, § § Plaintiff, § § vs. § § CHRISTOPHER FELIX MONTOYA, § § Defendant. § | No. SA-19-CR-00905(1)-DAE |

## ORDER GRANTING GOVERNMENT'S MOTION TO REVOKE BOND AND (DKT. # 75) ODER OF DETENTION

Before the Court is the Government's Motion to Revoke Bond (dkt no. 75) filed on March 22, 2021. A hearing was held regarding the motion on April 9, 2021. After careful consideration of both the oral argument and evidence presented at the hearing, the Court—for the reasons stated at the proceeding—**GRANTS** the Government's Motion to Revoke Bond (dkt no. 75).

It is hereby **ORDERED** that Defendant is to remain detained without bond.

**IT IS SO ORDERED.**

**DATE:** San Antonio, Texas, April 20, 2021.

_____
DAVID A. EZRA
SENIOR UNITED STATES DISTRICT JUDGE

1