FILED

JUL 2 3 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL NO: |
| vs. | § | SA:19-CR-00905(1)-DAE |
| | § | |
| (1) Christopher Felix Montoya | § | |

## Motion for Bond (dkt no. 115)
## GOVERNMENT EXHIBITS, Page 1 of 1

| Exhibit | Description | Date Admitted |
|---|---|---|
| Gov no. 1 | Medicare Part D Billing post suspension of PA License | 07/23/2021 |
| Gov. no. 2 | Prescription for Controlled Substance April 12, 2021 | 07/23/2021 |