GOVERNMENT EXHIBIT
SA19-CR-905 - Ex. 1

**Prompt Values**

**Rendering Provider NPI:** 1982165908

**Claim From Dates Between:** 7/23/2021 and 8/23/2021

| Bene CME Equitable BIC HIC Num | Bene Last | Bene First | CL-Date From | CL-Date Through | CH-Diag Cd Principal Desc | RPx-Rendering Prov NPICS Name Single Derived | RFx-Referring Prov NPICS Num NPI | RFx-Referring Prov NPICS Name Single Derived | | CLF-Amt Billed | CLF-Amt Allowed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 451686540A | | | 07/27/2021 | 07/27/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Apolipoprotein level | $126.00 | $42.18 |
| 451686540A | | | 07/27/2021 | 07/27/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Natriuretic peptide (heart and blood | $118.00 | $39.26 |
| 451686540A | | | 07/27/2021 | 07/27/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Vitamin D deficiency, unspecified | Vitamin D-3 level | $99.00 | $29.60 |
| 451686540A | | | 07/27/2021 | 07/27/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Blood test, thyroid stimulating hormo | $56.00 | $16.80 |
| 451686540A | | | 07/27/2021 | 07/27/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Homocysteine (amino acid) level | $56.00 | $0.00 |
| 451686540A | | | 07/27/2021 | 07/27/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Thyroid hormone, T3 measurement, | $56.00 | $16.94 |
| 451686540A | | | 07/27/2021 | 07/27/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Cyanocobalamin (vitamin B-12) leve | $50.00 | $0.00 |
| 451686540A | | | 07/27/2021 | 07/27/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Folic acid level, serum | $49.00 | $0.00 |
| 451686540A | | | 07/27/2021 | 07/27/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Blood test, lipids (cholesterol and tri | $45.00 | $13.39 |
| 451686540A | | | 07/27/2021 | 07/27/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Lipoprotein (A) level | $43.00 | $14.32 |
| 451686540A | | | 07/27/2021 | 07/27/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Insulin measurement, total | $38.00 | $11.43 |
| 451686540A | | | 07/27/2021 | 07/27/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Blood test, comprehensive group of | $35.00 | $0.00 |
| 451686540A | | | 07/27/2021 | 07/27/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Hemoglobin A1C level | $32.00 | $0.00 |
| 451686540A | | | 07/27/2021 | 07/27/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Thyroxine (thyroid chemical), free | $30.00 | $9.02 |
| 451686540A | | | 07/27/2021 | 07/27/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Complete blood cell count (red cells | $26.00 | $0.00 |
| 451686540A | | | 07/27/2021 | 07/27/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Magnesium level | $22.00 | $0.00 |
| 451686540A | | | 07/27/2021 | 07/27/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Iron level | $22.00 | $6.47 |
| 451686540A | | | 07/27/2021 | 07/27/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Uric acid level, blood | $15.00 | $4.52 |
| 465830525A | | | 07/27/2021 | 07/27/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Parathormone (parathyroid hormone | $138.00 | $41.28 |
| 465830525A | | | 07/27/2021 | 07/27/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Natriuretic peptide (heart and blood | $118.00 | $39.26 |
| 465830525A | | | 07/27/2021 | 07/27/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Vitamin D deficiency, unspecified | Vitamin D-3 level | $99.00 | $0.00 |
| 465830525A | | | 07/27/2021 | 07/27/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Blood test, thyroid stimulating hormo | $56.00 | $16.80 |
| 465830525A | | | 07/27/2021 | 07/27/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Thyroid hormone, T3 measurement, | $56.00 | $16.94 |
| 465830525A | | | 07/27/2021 | 07/27/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Thyroglobulin (thyroid protein) antib | $53.00 | $15.91 |
| 465830525A | | | 07/27/2021 | 07/27/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Cyanocobalamin (vitamin B-12) leve | $50.00 | $0.00 |
| 465830525A | | | 07/27/2021 | 07/27/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Microsomal antibodies (autoantibod | $49.00 | $14.55 |
| 465830525A | | | 07/27/2021 | 07/27/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Thyroid hormone, T3 measurement, | $47.00 | $0.00 |
| 465830525A | | | 07/27/2021 | 07/27/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Blood test, lipids (cholesterol and tri | $45.00 | $13.39 |
| 465830525A | | | 07/27/2021 | 07/27/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Blood test, comprehensive group of | $35.00 | $10.56 |
| 465830525A | | | 07/27/2021 | 07/27/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Hemoglobin A1C level | $32.00 | $0.00 |
| 465830525A | | | 07/27/2021 | 07/27/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Thyroxine (thyroid chemical), free | $30.00 | $9.02 |
| 465830525A | | | 07/27/2021 | 07/27/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Complete blood cell count (red cells | $26.00 | $7.77 |
| 465830525A | | | 07/27/2021 | 07/27/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Thyroxine (thyroid chemical), total | $23.00 | $0.00 |
| 465830525A | | | 07/27/2021 | 07/27/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Thyroid hormone evaluation | $22.00 | $0.00 |
| 631053822A | | | 07/27/2021 | 07/27/2021 | Essential (primary) hypertension | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Essential (primary) hypertension | Apolipoprotein level | $126.00 | $42.18 |
| 631053822A | | | 07/27/2021 | 07/27/2021 | Essential (primary) hypertension | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Essential (primary) hypertension | Natriuretic peptide (heart and blood | $118.00 | $39.26 |
| 631053822A | | | 07/27/2021 | 07/27/2021 | Essential (primary) hypertension | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Vitamin D deficiency, unspecified | Vitamin D-3 level | $99.00 | $0.00 |
| 631053822A | | | 07/27/2021 | 07/27/2021 | Essential (primary) hypertension | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Essential (primary) hypertension | Blood test, thyroid stimulating hormo | $56.00 | $16.80 |
| 631053822A | | | 07/27/2021 | 07/27/2021 | Essential (primary) hypertension | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Essential (primary) hypertension | Homocysteine (amino acid) level | $56.00 | $0.00 |
| 631053822A | | | 07/27/2021 | 07/27/2021 | Essential (primary) hypertension | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Essential (primary) hypertension | Thyroid hormone, T3 measurement, | $56.00 | $16.94 |
| 631053822A | | | 07/27/2021 | 07/27/2021 | Essential (primary) hypertension | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Essential (primary) hypertension | Cyanocobalamin (vitamin B-12) leve | $50.00 | $0.00 |
| 631053822A | | | 07/27/2021 | 07/27/2021 | Essential (primary) hypertension | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Essential (primary) hypertension | Folic acid level, serum | $49.00 | $0.00 |
| 631053822A | | | 07/27/2021 | 07/27/2021 | Essential (primary) hypertension | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Essential (primary) hypertension | Blood test, lipids (cholesterol and tri | $45.00 | $13.39 |
| 631053822A | | | 07/27/2021 | 07/27/2021 | Essential (primary) hypertension | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Essential (primary) hypertension | Lipoprotein (A) level | $43.00 | $14.32 |

| Claim ID | DOS From | DOS To | Diagnosis | Provider | Provider ID | Patient | Service Diagnosis | Service | Charge | Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| 631053822A | 07/27/2021 | 07/27/2021 | Essential (primary) hypertension | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Essential (primary) hypertension | Insulin measurement, total | $38.00 | $11.43 |
| 631053822A | 07/27/2021 | 07/27/2021 | Essential (primary) hypertension | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Essential (primary) hypertension | Blood test, comprehensive group of | $35.00 | $10.56 |
| 631053822A | 07/27/2021 | 07/27/2021 | Essential (primary) hypertension | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Essential (primary) hypertension | Hemoglobin A1C level | $32.00 | $0.00 |
| 631053822A | 07/27/2021 | 07/27/2021 | Essential (primary) hypertension | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Essential (primary) hypertension | Thyroxine (thyroid chemical), free | $30.00 | $9.02 |
| 631053822A | 07/27/2021 | 07/27/2021 | Essential (primary) hypertension | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Essential (primary) hypertension | Complete blood cell count (red cells | $26.00 | $7.77 |
| 631053822A | 07/27/2021 | 07/27/2021 | Essential (primary) hypertension | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Essential (primary) hypertension | Magnesium level | $22.00 | $6.70 |
| 631053822A | 07/27/2021 | 07/27/2021 | Essential (primary) hypertension | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Essential (primary) hypertension | Iron level | $22.00 | $0.00 |
| 631053822A | 07/27/2021 | 07/27/2021 | Essential (primary) hypertension | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Essential (primary) hypertension | Uric acid level, blood | $15.00 | $4.52 |
| 103489698A | 07/28/2021 | 07/28/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Parathormone (parathyroid hormone | $138.00 | $41.28 |
| 103489698A | 07/28/2021 | 07/28/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Natriuretic peptide (heart and blood | $118.00 | $39.26 |
| 103489698A | 07/28/2021 | 07/28/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Vitamin D deficiency, unspecified | Vitamin D-3 level | $99.00 | $29.60 |
| 103489698A | 07/28/2021 | 07/28/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Encounter for screening for maligna | Prostate cancer screening; prostate | $61.00 | $0.00 |
| 103489698A | 07/28/2021 | 07/28/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Blood test, thyroid stimulating hormo | $56.00 | $16.80 |
| 103489698A | 07/28/2021 | 07/28/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Thyroid hormone, T3 measurement, | $56.00 | $16.94 |
| 103489698A | 07/28/2021 | 07/28/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Thyroglobulin (thyroid protein) antib | $53.00 | $15.91 |
| 103489698A | 07/28/2021 | 07/28/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Cyanocobalamin (vitamin B-12) leve | $50.00 | $0.00 |
| 103489698A | 07/28/2021 | 07/28/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Microsomal antibodies (autoantibod | $49.00 | $14.55 |
| 103489698A | 07/28/2021 | 07/28/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Thyroid hormone, T3 measurement, | $47.00 | $0.00 |
| 103489698A | 07/28/2021 | 07/28/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Blood test, lipids (cholesterol and tri | $45.00 | $13.39 |
| 103489698A | 07/28/2021 | 07/28/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Blood test, comprehensive group of | $35.00 | $10.56 |
| 103489698A | 07/28/2021 | 07/28/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Type 2 diabetes mellitus with other | Hemoglobin A1C level | $32.00 | $9.71 |
| 103489698A | 07/28/2021 | 07/28/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Thyroxine (thyroid chemical), free | $30.00 | $9.02 |
| 103489698A | 07/28/2021 | 07/28/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Complete blood cell count (red cells | $26.00 | $7.77 |
| 103489698A | 07/28/2021 | 07/28/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Thyroxine (thyroid chemical), total | $23.00 | $0.00 |
| 103489698A | 07/28/2021 | 07/28/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Thyroid hormone evaluation | $22.00 | $0.00 |
| 455633034A | 07/30/2021 | 07/30/2021 | Mixed hyperlipidemia | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Mixed hyperlipidemia | Parathormone (parathyroid hormone | $138.00 | $41.28 |
| 455633034A | 07/30/2021 | 07/30/2021 | Mixed hyperlipidemia | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Mixed hyperlipidemia | Natriuretic peptide (heart and blood | $118.00 | $39.26 |
| 455633034A | 07/30/2021 | 07/30/2021 | Mixed hyperlipidemia | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Vitamin D deficiency, unspecified | Vitamin D-3 level | $99.00 | $29.60 |
| 455633034A | 07/30/2021 | 07/30/2021 | Mixed hyperlipidemia | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Mixed hyperlipidemia | Thyroid hormone, T3 measurement, | $56.00 | $16.94 |
| 455633034A | 07/30/2021 | 07/30/2021 | Mixed hyperlipidemia | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Mixed hyperlipidemia | Blood test, thyroid stimulating hormo | $56.00 | $16.80 |
| 455633034A | 07/30/2021 | 07/30/2021 | Mixed hyperlipidemia | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Mixed hyperlipidemia | Thyroglobulin (thyroid protein) antib | $53.00 | $15.91 |
| 455633034A | 07/30/2021 | 07/30/2021 | Mixed hyperlipidemia | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Mixed hyperlipidemia | Cyanocobalamin (vitamin B-12) leve | $50.00 | $0.00 |
| 455633034A | 07/30/2021 | 07/30/2021 | Mixed hyperlipidemia | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Mixed hyperlipidemia | Microsomal antibodies (autoantibod | $49.00 | $14.55 |
| 455633034A | 07/30/2021 | 07/30/2021 | Mixed hyperlipidemia | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Mixed hyperlipidemia | Thyroid hormone, T3 measurement, | $47.00 | $0.00 |
| 455633034A | 07/30/2021 | 07/30/2021 | Mixed hyperlipidemia | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Mixed hyperlipidemia | Blood test, lipids (cholesterol and tri | $45.00 | $13.39 |
| 455633034A | 07/30/2021 | 07/30/2021 | Mixed hyperlipidemia | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Mixed hyperlipidemia | Blood test, comprehensive group of | $35.00 | $10.56 |
| 455633034A | 07/30/2021 | 07/30/2021 | Mixed hyperlipidemia | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Type 2 diabetes mellitus with hyperg | Hemoglobin A1C level | $32.00 | $9.71 |
| 455633034A | 07/30/2021 | 07/30/2021 | Mixed hyperlipidemia | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Mixed hyperlipidemia | Thyroxine (thyroid chemical), free | $30.00 | $9.02 |
| 455633034A | 07/30/2021 | 07/30/2021 | Mixed hyperlipidemia | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Mixed hyperlipidemia | Complete blood cell count (red cells | $26.00 | $7.77 |
| 455633034A | 07/30/2021 | 07/30/2021 | Mixed hyperlipidemia | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Mixed hyperlipidemia | Thyroxine (thyroid chemical), total | $23.00 | $0.00 |
| 455633034A | 07/30/2021 | 07/30/2021 | Mixed hyperlipidemia | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Mixed hyperlipidemia | Thyroid hormone evaluation | $22.00 | $0.00 |
| 451084474A | 08/02/2021 | 08/02/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Parathormone (parathyroid hormone | $138.00 | $41.28 |
| 451084474A | 08/02/2021 | 08/02/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Natriuretic peptide (heart and blood | $118.00 | $39.26 |
| 451084474A | 08/02/2021 | 08/02/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Vitamin D deficiency, unspecified | Vitamin D-3 level | $99.00 | $29.60 |
| 451084474A | 08/02/2021 | 08/02/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Blood test, thyroid stimulating hormo | $56.00 | $16.80 |
| 451084474A | 08/02/2021 | 08/02/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Thyroid hormone, T3 measurement, | $56.00 | $16.94 |
| 451084474A | 08/02/2021 | 08/02/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Thyroglobulin (thyroid protein) antib | $53.00 | $15.91 |
| 451084474A | 08/02/2021 | 08/02/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Cyanocobalamin (vitamin B-12) leve | $50.00 | $0.00 |
| 451084474A | 08/02/2021 | 08/02/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Microsomal antibodies (autoantibod | $49.00 | $14.55 |
| 451084474A | 08/02/2021 | 08/02/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Thyroid hormone, T3 measurement, | $47.00 | $0.00 |
| 451084474A | 08/02/2021 | 08/02/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Blood test, lipids (cholesterol and tri | $45.00 | $13.39 |
| 451084474A | 08/02/2021 | 08/02/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Blood test, comprehensive group of | $35.00 | $10.56 |
| 451084474A | 08/02/2021 | 08/02/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Hemoglobin A1C level | $32.00 | $0.00 |
| 451084474A | 08/02/2021 | 08/02/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Thyroxine (thyroid chemical), free | $30.00 | $9.02 |

| Claim ID | Service Date From | Service Date To | Diagnosis | Provider | Provider ID | Patient | Diagnosis 2 | Procedure | Charge | Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| 451084474A | 08/02/2021 | 08/02/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Complete blood cell count (red cells | $26.00 | $7.77 |
| 451084474A | 08/02/2021 | 08/02/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Thyroxine (thyroid chemical), total | $23.00 | $0.00 |
| 451084474A | 08/02/2021 | 08/02/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Thyroid hormone evaluation | $22.00 | $0.00 |
| 452344147A | 08/02/2021 | 08/02/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Parathormone (parathyroid hormone | $138.00 | $41.28 |
| 452344147A | 08/02/2021 | 08/02/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Natriuretic peptide (heart and blood | $118.00 | $39.26 |
| 452344147A | 08/02/2021 | 08/02/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Vitamin D deficiency, unspecified | Vitamin D-3 level | $99.00 | $29.60 |
| 452344147A | 08/02/2021 | 08/02/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Encounter for screening for maligna | Prostate cancer screening; prostate | $61.00 | $0.00 |
| 452344147A | 08/02/2021 | 08/02/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Thyroid hormone, T3 measurement, | $56.00 | $16.94 |
| 452344147A | 08/02/2021 | 08/02/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Blood test, thyroid stimulating horm | $56.00 | $16.80 |
| 452344147A | 08/02/2021 | 08/02/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Thyroglobulin (thyroid protein) antib | $53.00 | $15.91 |
| 452344147A | 08/02/2021 | 08/02/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Cyanocobalamin (vitamin B-12) leve | $50.00 | $0.00 |
| 452344147A | 08/02/2021 | 08/02/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Microsomal antibodies (autoantibod | $49.00 | $14.55 |
| 452344147A | 08/02/2021 | 08/02/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Thyroid hormone, T3 measurement, | $47.00 | $0.00 |
| 452344147A | 08/02/2021 | 08/02/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Blood test, lipids (cholesterol and tri | $45.00 | $13.39 |
| 452344147A | 08/02/2021 | 08/02/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Blood test, comprehensive group of | $35.00 | $10.56 |
| 452344147A | 08/02/2021 | 08/02/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Hemoglobin A1C level | $32.00 | $0.00 |
| 452344147A | 08/02/2021 | 08/02/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Thyroxine (thyroid chemical), free | $30.00 | $9.02 |
| 452344147A | 08/02/2021 | 08/02/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Complete blood cell count (red cells | $26.00 | $7.77 |
| 452344147A | 08/02/2021 | 08/02/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Thyroxine (thyroid chemical), total | $23.00 | $0.00 |
| 452344147A | 08/02/2021 | 08/02/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Thyroid hormone evaluation | $22.00 | $0.00 |
| 458434484A | 08/02/2021 | 08/02/2021 | Mixed hyperlipidemia | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Mixed hyperlipidemia | Parathormone (parathyroid hormone | $138.00 | $41.28 |
| 458434484A | 08/02/2021 | 08/02/2021 | Mixed hyperlipidemia | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Mixed hyperlipidemia | Natriuretic peptide (heart and blood | $118.00 | $39.26 |
| 458434484A | 08/02/2021 | 08/02/2021 | Mixed hyperlipidemia | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Vitamin D deficiency, unspecified | Vitamin D-3 level | $99.00 | $29.60 |
| 458434484A | 08/02/2021 | 08/02/2021 | Mixed hyperlipidemia | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Mixed hyperlipidemia | Blood test, thyroid stimulating horm | $56.00 | $16.80 |
| 458434484A | 08/02/2021 | 08/02/2021 | Mixed hyperlipidemia | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Mixed hyperlipidemia | Thyroid hormone, T3 measurement, | $56.00 | $16.94 |
| 458434484A | 08/02/2021 | 08/02/2021 | Mixed hyperlipidemia | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Mixed hyperlipidemia | Thyroglobulin (thyroid protein) antib | $53.00 | $15.91 |
| 458434484A | 08/02/2021 | 08/02/2021 | Mixed hyperlipidemia | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Mixed hyperlipidemia | Cyanocobalamin (vitamin B-12) leve | $50.00 | $0.00 |
| 458434484A | 08/02/2021 | 08/02/2021 | Mixed hyperlipidemia | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Mixed hyperlipidemia | Microsomal antibodies (autoantibod | $49.00 | $14.55 |
| 458434484A | 08/02/2021 | 08/02/2021 | Mixed hyperlipidemia | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Mixed hyperlipidemia | Thyroid hormone, T3 measurement, | $47.00 | $0.00 |
| 458434484A | 08/02/2021 | 08/02/2021 | Mixed hyperlipidemia | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Mixed hyperlipidemia | Blood test, lipids (cholesterol and tri | $45.00 | $13.39 |
| 458434484A | 08/02/2021 | 08/02/2021 | Mixed hyperlipidemia | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Mixed hyperlipidemia | Blood test, comprehensive group of | $35.00 | $10.56 |
| 458434484A | 08/02/2021 | 08/02/2021 | Mixed hyperlipidemia | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Type 2 diabetes mellitus with hyperg | Hemoglobin A1C level | $32.00 | $9.71 |
| 458434484A | 08/02/2021 | 08/02/2021 | Mixed hyperlipidemia | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Mixed hyperlipidemia | Thyroxine (thyroid chemical), free | $30.00 | $9.02 |
| 458434484A | 08/02/2021 | 08/02/2021 | Mixed hyperlipidemia | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Mixed hyperlipidemia | Complete blood cell count (red cells | $26.00 | $7.77 |
| 458434484A | 08/02/2021 | 08/02/2021 | Mixed hyperlipidemia | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Mixed hyperlipidemia | Thyroxine (thyroid chemical), total | $23.00 | $0.00 |
| 458434484A | 08/02/2021 | 08/02/2021 | Mixed hyperlipidemia | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Mixed hyperlipidemia | Thyroid hormone evaluation | $22.00 | $0.00 |
| 204323872B | 08/03/2021 | 08/03/2021 | Type 2 diabetes mellitus without cor | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Type 2 diabetes mellitus without cor | Parathormone (parathyroid hormone | $138.00 | $41.28 |
| 204323872B | 08/03/2021 | 08/03/2021 | Type 2 diabetes mellitus without cor | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Type 2 diabetes mellitus without cor | Natriuretic peptide (heart and blood | $118.00 | $39.26 |
| 204323872B | 08/03/2021 | 08/03/2021 | Type 2 diabetes mellitus without cor | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Vitamin D deficiency, unspecified | Vitamin D-3 level | $99.00 | $29.60 |
| 204323872B | 08/03/2021 | 08/03/2021 | Type 2 diabetes mellitus without cor | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Type 2 diabetes mellitus without cor | Blood test, thyroid stimulating horm | $56.00 | $16.80 |
| 204323872B | 08/03/2021 | 08/03/2021 | Type 2 diabetes mellitus without cor | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Type 2 diabetes mellitus without cor | Thyroid hormone, T3 measurement, | $56.00 | $16.94 |
| 204323872B | 08/03/2021 | 08/03/2021 | Type 2 diabetes mellitus without cor | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Type 2 diabetes mellitus without cor | Thyroglobulin (thyroid protein) antib | $53.00 | $15.91 |
| 204323872B | 08/03/2021 | 08/03/2021 | Type 2 diabetes mellitus without cor | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Type 2 diabetes mellitus without cor | Cyanocobalamin (vitamin B-12) leve | $50.00 | $0.00 |
| 204323872B | 08/03/2021 | 08/03/2021 | Type 2 diabetes mellitus without cor | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Type 2 diabetes mellitus without cor | Microsomal antibodies (autoantibod | $49.00 | $14.55 |
| 204323872B | 08/03/2021 | 08/03/2021 | Type 2 diabetes mellitus without cor | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Type 2 diabetes mellitus without cor | Thyroid hormone, T3 measurement, | $47.00 | $0.00 |
| 204323872B | 08/03/2021 | 08/03/2021 | Type 2 diabetes mellitus without cor | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Type 2 diabetes mellitus without cor | Blood test, lipids (cholesterol and tri | $45.00 | $13.39 |
| 204323872B | 08/03/2021 | 08/03/2021 | Type 2 diabetes mellitus without cor | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Type 2 diabetes mellitus without cor | Blood test, comprehensive group of | $35.00 | $10.56 |
| 204323872B | 08/03/2021 | 08/03/2021 | Type 2 diabetes mellitus without cor | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Type 2 diabetes mellitus without cor | Hemoglobin A1C level | $32.00 | $9.71 |
| 204323872B | 08/03/2021 | 08/03/2021 | Type 2 diabetes mellitus without cor | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Type 2 diabetes mellitus without cor | Thyroxine (thyroid chemical), free | $30.00 | $9.02 |
| 204323872B | 08/03/2021 | 08/03/2021 | Type 2 diabetes mellitus without cor | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Type 2 diabetes mellitus without cor | Complete blood cell count (red cells | $26.00 | $7.77 |
| 204323872B | 08/03/2021 | 08/03/2021 | Type 2 diabetes mellitus without cor | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Type 2 diabetes mellitus without cor | Thyroxine (thyroid chemical), total | $23.00 | $0.00 |
| 204323872B | 08/03/2021 | 08/03/2021 | Type 2 diabetes mellitus without cor | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Type 2 diabetes mellitus without cor | Thyroid hormone evaluation | $22.00 | $0.00 |
| 459349082A | 08/07/2021 | 08/07/2021 | Mixed hyperlipidemia | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Mixed hyperlipidemia | Parathormone (parathyroid hormone | $138.00 | $41.28 |
| 459349082A | 08/07/2021 | 08/07/2021 | Mixed hyperlipidemia | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Mixed hyperlipidemia | Natriuretic peptide (heart and blood | $118.00 | $39.26 |

| Claim ID | Service Start | Service End | Diagnosis | Provider | Provider ID | Patient | Diagnosis Detail | Service | Charged | Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| 459349082A | 08/07/2021 | 08/07/2021 | Mixed hyperlipidemia | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Vitamin D deficiency, unspecified | Vitamin D-3 level | $99.00 | $29.60 |
| 459349082A | 08/07/2021 | 08/07/2021 | Mixed hyperlipidemia | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Encounter for screening for maligna | Prostate cancer screening; prostate | $61.00 | $19.31 |
| 459349082A | 08/07/2021 | 08/07/2021 | Mixed hyperlipidemia | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Mixed hyperlipidemia | Blood test, thyroid stimulating horm | $56.00 | $16.80 |
| 459349082A | 08/07/2021 | 08/07/2021 | Mixed hyperlipidemia | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Mixed hyperlipidemia | Thyroid hormone, T3 measurement, | $56.00 | $16.94 |
| 459349082A | 08/07/2021 | 08/07/2021 | Mixed hyperlipidemia | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Mixed hyperlipidemia | Thyroglobulin (thyroid protein) antib | $53.00 | $15.91 |
| 459349082A | 08/07/2021 | 08/07/2021 | Mixed hyperlipidemia | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Mixed hyperlipidemia | Cyanocobalamin (vitamin B-12) leve | $50.00 | $0.00 |
| 459349082A | 08/07/2021 | 08/07/2021 | Mixed hyperlipidemia | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Mixed hyperlipidemia | Microsomal antibodies (autoantibod | $49.00 | $14.55 |
| 459349082A | 08/07/2021 | 08/07/2021 | Mixed hyperlipidemia | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Mixed hyperlipidemia | Thyroid hormone, T3 measurement, | $47.00 | $0.00 |
| 459349082A | 08/07/2021 | 08/07/2021 | Mixed hyperlipidemia | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Mixed hyperlipidemia | Blood test, lipids (cholesterol and tri | $45.00 | $13.39 |
| 459349082A | 08/07/2021 | 08/07/2021 | Mixed hyperlipidemia | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Mixed hyperlipidemia | Blood test, comprehensive group of | $35.00 | $10.56 |
| 459349082A | 08/07/2021 | 08/07/2021 | Mixed hyperlipidemia | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Mixed hyperlipidemia | Hemoglobin A1C level | $32.00 | $0.00 |
| 459349082A | 08/07/2021 | 08/07/2021 | Mixed hyperlipidemia | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Mixed hyperlipidemia | Thyroxine (thyroid chemical), free | $30.00 | $9.02 |
| 459349082A | 08/07/2021 | 08/07/2021 | Mixed hyperlipidemia | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Mixed hyperlipidemia | Complete blood cell count (red cells | $26.00 | $7.77 |
| 459349082A | 08/07/2021 | 08/07/2021 | Mixed hyperlipidemia | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Mixed hyperlipidemia | Thyroxine (thyroid chemical), total | $23.00 | $0.00 |
| 459349082A | 08/07/2021 | 08/07/2021 | Mixed hyperlipidemia | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Mixed hyperlipidemia | Thyroid hormone evaluation | $22.00 | $0.00 |
| 459349082B | 08/07/2021 | 08/07/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Parathormone (parathyroid hormone | $138.00 | $41.28 |
| 459349082B | 08/07/2021 | 08/07/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Natriuretic peptide (heart and blood | $118.00 | $39.26 |
| 459349082B | 08/07/2021 | 08/07/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Vitamin D deficiency, unspecified | Vitamin D-3 level | $99.00 | $29.60 |
| 459349082B | 08/07/2021 | 08/07/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Blood test, thyroid stimulating horm | $56.00 | $16.80 |
| 459349082B | 08/07/2021 | 08/07/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Thyroid hormone, T3 measurement, | $56.00 | $16.94 |
| 459349082B | 08/07/2021 | 08/07/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Thyroglobulin (thyroid protein) antib | $53.00 | $15.91 |
| 459349082B | 08/07/2021 | 08/07/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Cyanocobalamin (vitamin B-12) leve | $50.00 | $0.00 |
| 459349082B | 08/07/2021 | 08/07/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Microsomal antibodies (autoantibod | $49.00 | $14.55 |
| 459349082B | 08/07/2021 | 08/07/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Thyroid hormone, T3 measurement, | $47.00 | $0.00 |
| 459349082B | 08/07/2021 | 08/07/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Blood test, lipids (cholesterol and tri | $45.00 | $13.39 |
| 459349082B | 08/07/2021 | 08/07/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Blood test, comprehensive group of | $35.00 | $10.56 |
| 459349082B | 08/07/2021 | 08/07/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Hemoglobin A1C level | $32.00 | $0.00 |
| 459349082B | 08/07/2021 | 08/07/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Thyroxine (thyroid chemical), free | $30.00 | $9.02 |
| 459349082B | 08/07/2021 | 08/07/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Complete blood cell count (red cells | $26.00 | $7.77 |
| 459349082B | 08/07/2021 | 08/07/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Thyroxine (thyroid chemical), total | $23.00 | $0.00 |
| 459349082B | 08/07/2021 | 08/07/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Thyroid hormone evaluation | $22.00 | $0.00 |
| 459349082B | 08/09/2021 | 08/09/2021 | Hyperlipidemia, unspecified | AVANTI LABORATORIES, LLC | 1841335718 | MONTOYA, CHRISTOPHER | Hyperlipidemia, unspecified | Blood test, basic group of blood che | $28.00 | $8.46 |