## Part B Referrals to Avanti Laboratories LLC

The following table represents physicians listed in the claims data as referring patients to Avanti Laboratories LLC for services. Acumen high-risk providers are highlighted.

| Referring NPI # | Prov First Name | Prov Last Name | Fed Dist | Min From Date | Max Thru Date | # of Benes | # of Claims | Submitted | Paid Prov |
|---|---|---|---|---|---|---|---|---|---|
| 1841335718 | Christopher | Montoya | TXW | 1/2/19 | 7/27/21 | 842 | 4,424 | $7,904,752.67 | $881,494.76 |
| 1▮ | ▮ | ▮ | SC | 1/2/19 | 8/11/20 | 460 | 2,014 | $2,692,192.50 | $567,955.82 |
| 1▮ | ▮ | ▮ | TXW | 1/2/19 | 7/27/21 | 358 | 1,042 | $1,506,884.00 | $314,876.51 |
| 1▮ | ▮ | ▮ | TXW | 1/9/19 | 7/26/21 | 269 | 1,139 | $1,163,080.00 | $229,236.13 |
| 1▮ | ▮ | ▮ | TXW | 5/9/19 | 4/30/21 | 69 | 830 | $1,062,031.00 | $173,713.75 |
| 1▮ | ▮ | ▮ | NYN | 1/2/19 | 6/30/21 | 267 | 683 | $1,009,165.00 | $190,881.81 |
| 1▮ | ▮ | ▮ | TXW | 4/9/19 | 7/22/21 | 137 | 577 | $769,552.00 | $143,010.29 |
| 1▮ | ▮ | ▮ | TXS | 1/2/19 | 7/27/21 | 198 | 466 | $717,023.00 | $129,719.63 |
| 1▮ | ▮ | ▮ | TXW | 1/3/19 | 5/7/21 | 61 | 318 | $448,055.00 | $76,294.43 |
| 1▮ | ▮ | ▮ | TXE | 5/17/19 | 7/29/21 | 162 | 309 | $436,207.00 | $88,535.62 |
| 1▮ | ▮ | ▮ | SC | 9/22/20 | 4/22/21 | 149 | 269 | $387,629.00 | $81,402.14 |
| 1▮ | ▮ | ▮ | TXS | 6/2/20 | 7/28/21 | 149 | 254 | $364,532.00 | $74,431.20 |
| 1▮ | ▮ | ▮ | TXW | 4/9/19 | 7/25/20 | 127 | 292 | $313,817.00 | $46,404.80 |
| 1▮ | ▮ | ▮ | RI | 1/8/19 | 3/19/21 | 46 | 192 | $287,955.00 | $50,499.50 |
| 1▮ | ▮ | ▮ | TXW | 5/1/19 | 6/2/21 | 106 | 499 | $271,847.00 | $55,641.65 |
| 1▮ | ▮ | ▮ | TXS | 1/2/19 | 7/2/19 | 89 | 167 | $267,011.00 | $40,173.77 |
| 1▮ | ▮ | ▮ | TXW | 9/19/19 | 6/17/21 | 132 | 477 | $266,011.40 | $57,317.93 |
| 1▮ | ▮ | ▮ | TXW | 1/2/19 | 10/17/19 | 37 | 120 | $200,352.00 | $17,847.89 |
| 1▮ | ▮ | ▮ | TXW | 1/9/19 | 7/26/21 | 152 | 258 | $188,625.67 | $36,135.06 |
| 1▮ | ▮ | ▮ | NCW | 3/13/19 | 4/16/20 | 80 | 170 | $182,287.00 | $35,498.84 |
| 1▮ | ▮ | ▮ | TXW | 10/3/19 | 3/27/20 | 293 | 383 | $166,370.25 | $43,641.10 |
| 1▮ | ▮ | ▮ | TXW | 10/23/19 | 2/12/20 | 115 | 276 | $160,838.00 | $38,241.69 |
| 1▮ | ▮ | ▮ | GAS | 11/19/19 | 9/21/20 | 44 | 118 | $143,159.00 | $28,413.17 |
| 1▮ | ▮ | ▮ | SC | 1/23/19 | 1/14/20 | 114 | 248 | $142,469.00 | $31,661.93 |
| 1▮ | ▮ | ▮ | TXW | 2/11/19 | 11/18/20 | 94 | 96 | $138,761.00 | $28,919.44 |

**Referring NPI City & State Summary**

| City | ST | Min From Date | Max Thru Date | # of Refer Provs | # of Benes | # of Claims | Submitted | Paid Prov |
|---|---|---|---|---|---|---|---|---|
| San Antonio | TX | 1/2/19 | 7/28/21 | 51 | 3,507 | 12,071 | $15,667,636.99 | $2,364,366.26 |
| Murrells Inlet | SC | 1/2/19 | 8/11/20 | 5 | 646 | 2,435 | $3,017,448.50 | $635,258.83 |
| Laredo | TX | 1/2/19 | 7/28/21 | 5 | 625 | 1,430 | $2,127,788.00 | $402,555.85 |
| Granbury | TX | 5/17/19 | 7/29/21 | 1 | 162 | 309 | $436,207.00 | $88,535.62 |
| Bluffton | SC | 9/22/20 | 4/22/21 | 1 | 149 | 269 | $387,629.00 | $81,402.14 |
| Houston | TX | 1/4/19 | 7/30/21 | 6 | 225 | 285 | $313,421.00 | $60,425.68 |
| East Providence | RI | 1/8/19 | 3/19/21 | 1 | 46 | 192 | $287,955.00 | $50,499.50 |
| Sweeny | TX | 1/2/19 | 7/2/19 | 1 | 89 | 167 | $267,011.00 | $40,173.77 |
| Irving | TX | 1/4/19 | 11/10/20 | 2 | 66 | 134 | $191,186.00 | $28,884.11 |
| Spring | TX | 1/16/20 | 7/29/21 | 2 | 71 | 116 | $161,230.00 | $32,923.85 |
| Augusta | GA | 11/19/19 | 9/21/20 | 1 | 44 | 118 | $143,159.00 | $28,413.17 |
| Fayetteville | NC | 2/19/21 | 6/7/21 | 2 | 85 | 96 | $138,336.00 | $29,669.76 |
| Westbrook | ME | 1/3/19 | 7/28/21 | 1 | 125 | 205 | $119,854.00 | $22,831.66 |
| Cranston | RI | 1/3/19 | 7/27/21 | 1 | 4 | 47 | $70,642.00 | $11,096.16 |
| Cleveland | TX | 12/27/19 | 5/4/20 | 1 | 25 | 98 | $55,236.00 | $12,055.80 |
| Burlington | NC | 8/31/20 | 1/13/21 | 2 | 23 | 54 | $54,758.00 | $10,750.04 |
| McAllen | TX | 11/4/19 | 3/11/20 | 2 | 44 | 68 | $45,994.00 | $11,177.49 |
| Calexico | CA | 5/27/20 | 6/23/21 | 1 | 27 | 32 | $44,126.00 | $8,781.88 |
| Coppell | TX | 6/25/20 | 11/18/20 | 1 | 33 | 34 | $39,581.00 | $6,961.29 |
| Keller | TX | 9/14/20 | 11/17/20 | 1 | 18 | 24 | $34,584.00 | $7,108.38 |
| Fort Mohave | AZ | 8/19/19 | 9/24/19 | 1 | 6 | 23 | $24,774.00 | $781.38 |
| Calabash | NC | 5/15/19 | 3/10/20 | 3 | 25 | 45 | $23,724.00 | $1,221.52 |
| Webster | TX | 6/14/21 | 7/28/21 | 1 | 17 | 18 | $23,328.00 | $4,695.84 |
| Schertz | TX | 5/15/19 | 6/23/21 | 4 | 14 | 17 | $20,165.00 | $3,725.94 |
| Eagle Pass | TX | 2/4/20 | 10/27/20 | 3 | 13 | 13 | $18,733.00 | $3,362.58 |