UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § | NO: SA:19-CR-00905(1)-FB |
| (1) Christopher Felix Montoya | § § | |

**ORDER**

On this date came to be considered Defendant's Motion for Bond (dkt #127). Having reviewed the Motion, the Government's Response, the Defendant's Reply to Response and the evidence presented at the Bond Hearing held on September 9, 2021, the Defendant's Motion is

**GRANTED.**

**IT IS THEREFORE ORDERED** the Defendant's bond is reinstated and the conditions originally imposed remain in effect along with the following additional condition:

1. The Defendant shall be placed on GPS Stand Alone Monitor.

**IT IS FUTHER ORDERED** the United States Marshal Service bring the Defendant to the U.S. Courthouse before the Magistrate Judge on September 10, 2021 to be released to the custody of Pretrial Services to be placed on GPS Stand Alone Monitoring.

**IT SO ORDERED** this 9th day of September, 2021.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE