# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

USA § 
§ CRIMINAL NO:
vs. § SA:19-CR-00905(1)-FB
§
(1) Christopher Felix Montoya §

## GOVERNMENT EXHIBITS, Page 1

| Exhibit | Description | Date Admitted |
|---|---|---|
| 1 | List of Prescriptions from Ortiz Pharmacy Inc. | Sept. 9, 2021 |
| 3 | Montoya Timeline | Sept. 9, 2021 |